# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Sandi Rush

               **V.**                         **JUDGMENT IN A CIVIL CASE**

BCBG Max Azria Group, Inc

                               **CASE NUMBER:**    10cv229-BEN-JMA

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Judgment is in favor of Plaintiff Sandi Rush and against BCBG Max Azria Group Inc. Clerk shall close the file.

| August 2, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

                                                           s/ K. Hammerly

                                                          (By) Deputy Clerk

                                                           ENTERED ON August 2, 2010